IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFREY SUTTON** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 1:15CV368 LG-RHW** |
| **FEDERAL INSURANCE COMPANY** | **DEFENDANT** |

### AGREED ORDER DISMISSING PUNITIVE DAMAGE CLAIMS WITHOUT PREJUDICE

BEFORE THE COURT is the Unopposed Motion to Dismiss Punitive Damages Claims Without Prejudice [8] filed by Federal Insurance Company. After reviewing the Motion and the record in this matter, the Court finds that the Motion to Dismiss should be granted and that the punitive damages allegations against Defendant should be stricken and dismissed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Unopposed Motion to Dismiss Punitive Damages Claims Without Prejudice [8] filed by Federal Insurance Company is GRANTED. Plaintiff's punitive damages claims against Defendant are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2015.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge

*Agreed:*
s/ Brehm T. Bell_____
Brehm T. Bell, Esq.
Attorney for Plaintiff

s/ Adam B. Harris_____
Allen E. Graham, Esq.
Adam B. Harris, Esq.
Attorneys for Defendant